UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-MJ-01598-JG-1

**United States of America**,

v.

**Michael Jacob Anderson**,

          Defendant.

**Order**

The Government requests that the court require Defendant Michael Jacob Anderson to submit to a competency examination pursuant to 18 U.S.C. § 4241. Based upon the arguments of counsel and the court's observations of Anderson, there is reasonable cause to believe that Anderson may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Therefore, it is ordered that Anderson submit to an evaluation by a mental health professional to determine whether he is competent to stand trial. The Government shall provide Anderson and his counsel with at least ten days' notice of the date, time, and location of the evaluation.

At the conclusion of the examination, the examining licensed or certified psychiatrist or psychologist shall prepare a report pursuant to 18 U.S.C. § 4247(c). The report shall include the information required by 18 U.S.C. § 4247(c)(1), (2), (3), and (4)(A). The completed report shall be submitted to the court and the Clerk of Court shall serve copies on counsel for Anderson and the Government.

The period of delay resulting from proceedings to determine Anderson's mental competency shall be excluded from the computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(1)(A).

Dated: July 15, 2016

*Robert T. Numbers II*

ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE