UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 5:16CR193 |
| v. | ) | |
| | ) | |
| MICHAEL JACOB ANDERSON | ) | ORDER OF DISMISSAL |

Leave of Court is hereby granted for the dismissal of the Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This __8__ day of __June__, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE